BOERSCH SHAPIRO LLP
David W. Shapiro (State Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (State Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorneys for Defendant
ALEXANDER VASSILIEV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YURI SIDORENKO, ALEXANDER VASSILIEV, and MAURICIO SICILIANO,<br><br>Defendants. | Case No. CR 14-00341 CRB<br><br>ORDER QUASHING AND DISMIUUKPI "ARREST WARRANTS FOR YURI SIDORENKO, ALEXANDER VASSILIEV, AND MAURICIO SICILIANO AND VACATING ALL RELEASE CONDITIONS APPLICABLE TO MAURICIO SICILIANO |

For the reasons stated at the hearing on defendants' Vassiliev and Siciliano's motions to dismiss the indictment and based on the record herein,

IT IS HEREBY ORDERED that the arrest warrants for Yuri Sidorenko, Alexander Vassiliev, and Mauricio Siciliano are quashed and dismissed.  The government shall immediately notify the Swiss authorities of the quashing of the arrest warrant for Alexander Vassiliev.

IT IS FURTHER ORDERED that all conditions of release imposed on defendant Mauricio Siciliano are vacated and that the government and/or the Clerk's Office forthwith return to Mr. Siciliano his Canadian and Italian passports and United Nations Laissez Passer.

1  IT IS FURTHER ORDERED THAT Pretrial Services immediately remove the electronic
2  monitoring device from Mr. Siciliano.

4  Dated: April 39, 2015

HON. CHARLES R. BREYER
United States District Judge