1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

4 | DAMALI A. TAYLOR (CABN 262489)
W.S. WILSON LEUNG (CABN 190939)
5 | Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7     Telephone: (415) 436-6401
    Facsimile: (415) 436-6753
8     E-Mail: damali.taylor@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 14-CR-00341-CRB |
|---|---|
| v. | ) MOTION FOR CONDITIONS PENDING APPEAL |
| | ) BY THE UNITED STATES AND [PROPOSED] |
| YURI SIDORENKO, ALEXANDER VASSILIEV, AND MAURICIO SICILIANO, | ) ORDER |
| Defendants. | ) |

The United States has filed notice of appeal to the United States Court of Appeals for the Ninth Circuit pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291. The United States hereby requests that, pursuant to 18 U.S.C. 3143(c), all of the previous conditions of release as to defendant Mauricio Siciliano be reinstated pending the government's appeal, including the condition that he surrender his passport. The United States maintains, for all the reasons set forth during the defendant's detention hearing (Docket Nos. 12, 14, 28, 29), that defendant Siciliano is a risk of flight. For example, as the government argued during the detention hearing:

    a. The defendant has an incentive in flee because he faces a term of imprisonment of up to 65 years;

MOTION FOR CONDITIONS PENDING APPEAL
14-CR-00341-CRB

      b. The defendant has had frequent and regular foreign travel;

      c. The defendant lacks ties to the Northern District of California; he is a resident and citizen of Canada, as well as a citizen of Venezuela. The extradition process in Canada is often lengthy and any prospective waiver of extradition by the defendant would be unenforceable. Venezuela does not have an extradition treaty with the United States;

      a. The Government's evidence against the defendant is strong and includes the defendant's e-mail messages (some set forth in the Indictment) explicitly soliciting bribe payments and discussing favors he would do in return; the defendant's post-arrest statements admitting that he had indeed received bribes in connection with his work for ICAO.

Accordingly, pursuant to 18 U.S.C. 3143(c), the government respectfully submits that the conditions of release imposed by Judge Beeler following argument and briefing from the parties should be reinstated pending the government's appeal.

Dated: April 17, 2015

      Respectfully submitted

      MELINDA HAAG
      United States Attorney

      By:    /s/
      DAMALI A. TAYLOR
      Assistant United States Attorney

IT IS SO ORDERED.

Dated: April __, 2015

      HON. CHARLES R. BREYER
      United States District Judge