1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   DAMALI A. TAYLOR (CABN 262489)
    W.S. WILSON LEUNG (CABN 190939)

5   Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6401
        Facsimile: (415) 436-6753
8       E-Mail: damali.taylor@usdoj.gov

9   Attorneys for United States of America

10

                    UNITED STATES DISTRICT COURT

11

                   NORTHERN DISTRICT OF CALIFORNIA

12

                       SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,              )   CASE NO. 14-CR-00341-CRB
                                           )
15       v.                                )   NOTICE OF APPEAL BY THE UNITED STATES
                                           )
16  MAURICIO SICILIANO, YURI SIDORENKO )
    and ALEXANDER VASSILIEV,               )
17       Defendants.                       )
                                           )
18  _____)

19

20          Pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291, the United States hereby appeals to the

    United States Court of Appeals for the Ninth Circuit the written order of the district court, issued April
21
    17, 2015, granting the motions to dismiss the Indictment filed by defendants Mauricio Siciliano and
22
    Alexander Vassiliev.
23
    Dated: April 17, 2015
24

25                                              Respectfully submitted

                                                MELINDA HAAG
26                                              United States Attorney

27
                                                By:  _____/s/_____
28                                              DAMALI A. TAYLOR
                                                Assistant United States Attorney

    NOTICE OF APPEAL
    14-CR-00341-CRB

**CERTIFICATE OF SERVICE**

UNITED STATES v. MAURICIO SICILIANO,
YURI SIDORENKO and ALEXANDER VASSILIEV
NO.  14-CR-00341 CRB

I, Daniel Charlier-Smith, declare that I am a citizen of the United States, over the age of 18 years

and not a party to the within action. I hereby certify that a copy of the foregoing:

**UNITED STATES' NOTICE OF APPEAL**

was served today  X     by hand; ___by facsimile; ___by Federal Express; ___by first class mail

by placing a true copy of each such document in a sealed envelope with postage thereon fully paid,

either in a U.S. Mail mailbox or in the designated area for outgoing U.S. Mail in accordance with the

normal practice of the United States Attorney's Office; by mail to:

Martha A. Boersch, Esq.
235 Montgomery Street, Suite 835
San Francisco, CA 94104

and

Daniel Olmos, Esq.
600 University Avenue
Palo Alto, California 94301

I declare under penalty of perjury that the foregoing is true and correct, and that this

certificate was executed at San Francisco, California.

DATED:  April 17, 2015

_____/s/_____
Daniel Charlier-Smith
Legal Technician
United States Attorney's Office