IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00341 CRB |
| Plaintiff, | **ORDER SETTING HEARING** |
| v. | |
| YURI SIDORENKO, ALEXANDER VASSILIEV, AND MAURICIO SICILIANO, | |
| Defendants. | |

The government has requested, pursuant to 18 U.S.C. § 3731 and 28 U.S.C. § 1291, that the Court reinstate pending appeal all of the previous conditions of release as to Defendant Mauricio Siciliano. See Mot. (dkt. 49). The Court hereby SETS a hearing in this matter for Tuesday, April 21 at 11:00 A.M. Defendants may file any response to the government's motion by Monday, April 20 at 5:00 P.M.

**IT IS SO ORDERED.**

Dated: April 20, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE