MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6758
   FAX: (415) 436-6753
   wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-341-CRB |
| v. | |
| YURI SIDORENKO, ALEXANDER VASSILIEV and MAURICIO SICILIANO, | GOVERNMENT'S APPLICATION TO WITHDRAW ARREST WARRANTS |
| Defendants. | |

The Government respectfully submits this unopposed Application to request that the arrest warrants issued in the above-captioned matter be withdrawn in light of the dismissal of the matter.

DATED: July 16, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

By:    /s/
W.S. WILSON LEUNG
Assistant United States Attorney

SO ORDERED.

DATED: July ___, 2015

HON. CHARLES R. BREYER
United States District Judge